UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-20339-CIV-DAMIAN

**CRYSTAL SILVA**,
*individually and on behalf
of all others similarly situated*,

      Plaintiff,

v.

**SEMPER LASER LLC**,

      Defendant.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.

Federal Rule of Civil Procedure 4(m) requires service of a summons and complaint to be perfected upon a defendant within ninety (90) days after the filing of the complaint. *See* Fed. R. Civ. P. 4(m). Plaintiff filed the Complaint on January 22, 2025 [ECF No. 1], and, therefore, Plaintiff was required to effect service of the Complaint by April 22, 2025.

On April 8, 2025, this Court admonished Plaintiff, who is represented by counsel, that service must be effected and proof of service filed by April 22, 2025. [ECF No. 4]. In the April 8, 2025 Order Requiring Proof of Service, this Court warned that "[f]ailure to file proof of service or show good cause by April 22, 2024, will result in a dismissal without prejudice and without further notice."

More than ninety days have passed since the filing of the Complaint, and, to date, there is no indication in the docket that Defendant has been served with the summons and Complaint. Therefore, Plaintiff is now in violation both the Federal Rules and this Court's Order.

It is therefore

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE** the case and any pending motions are **DENIED**.

Should Plaintiff seek to reopen the case, she must seek leave of Court or file a new case and disclose the instant Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 28th day of April, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**